O AO 94  (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

UNITED STATES OF AMERICA

**V.**

GEORGE WILLIS

| FILED |
| :---: |
| **Jul 13, 2026** |
| CLERK, U.S. DISTRICT COURT |
| EASTERN DISTRICT OF CALIFORNIA |

## COMMITMENT TO ANOTHER

## DISTRICT

Case No. 2:26-mj-00099-AC

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
| :---: | :---: | :---: | :---: |
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| E. District of CA | 0:26-mj-01-CJS | 2:26-mj-00099-AC | E. District of KY |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

_____ Indictment _____ Information __X_ Complaint _____ Other (specify) Click here to enter text.

**charging a violation of** 18 **U.S.C. '** 751(a)

**DISTRICT OF OFFENSE** Eastern District of Kentucky

**DESCRIPTION OF CHARGES:**

Escape from Federal Custody

**CURRENT BOND STATUS:**

Clic Bail fixed at $_____ and conditions were not met

__x__ Government moved for detention and defendant detained after hearing in District of Arrest

Clic Government moved for detention and defendant detained pending detention hearing in District of Offense

Clic Other (specify)

**Representation** _____ Retained Own Counsel __X_ Federal Defender Organization _____ CJA Attorney _____ None

**Interpreter Required?** __X_ No _____ Yes Language:_____

**DISTRICT OF** CALIFORNIA

TO: THE UNITED STATES MARSHAL

   You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_allison Clare_

07/13/2026

Date | United States Magistrate Judge

| **RETURN** |
| :---: |

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| :--- | :--- | :--- |
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| :--- | :--- | :--- |
| | | |